** STENOGRAPHER — AUTHORITY — COURT CLERK TO FURNISH ** QUESTION: DOES THE COUNTY JUDGE, IN THE ABSENCE OF A COUNTY COURT STENOGRAPHER, HAVE A RIGHT TO DEMAND THAT THE COURT CLERK OF THE DISTRICT COURT OR HIS DEPUTY, DO HIS (COUNT JUDGE) STENOGRAPHIC WORK? ANSWER: NEGATIVE (SALARY/DUAL) CITE: 19 O.S. 179.1 [19-179.1]/19 O.S. 179.7 [19-179.7] /19 O.S. 222 [19-222]/20 O.S. 311 [20-311]/OPINION NO. NOVEMBER 3, 1950 — CAMPBELL (JAMES P. GARRETT)